```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 07 B 08018
   ODELL LEE
   PATRICIA LEE                                CHAPTER 13

                                               JUDGE: JACK B SCHMETTERER

         Debtor
  SSN XXX-XX-1578    SSN XXX-XX-3666

-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 05/02/2007 and was confirmed 08/29/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 06/11/2008.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
-------------------------------------------------------------------------------
AMERICAS SERVICING COMPA CURRENT MORTG          .00            .00            .00
AMERICAS SERVICING COMPA MORTGAGE ARRE      2562.95            .00        2562.95
BAYVIEW LOAN SERVICING   SECURED NOT I         .00            .00            .00
COUNTRYWIDE HOME LOANS I SECURED NOT I         .00            .00            .00
EMC MORTGAGE CORPORATION CURRENT MORTG          .00            .00            .00
EMC MORTGAGE CORPORATION MORTGAGE ARRE       880.69            .00         880.69
ISLAND ONE INC           CURRENT MORTG          .00            .00            .00
WASHINGTON MUTUAL        SECURED NOT I         .00            .00            .00
ISLAND ONE INC           MORTGAGE ARRE      1750.00            .00         750.62
CAPITAL ONE              UNSEC W/INTER      137.66            .00            .00
CAPITAL ONE              UNSEC W/INTER     2367.82            .00            .00
B-REAL LLC               UNSEC W/INTER    12608.41            .00            .00
COMMONWEALTH EDISON      UNSEC W/INTER NOT FILED              .00            .00
COMMUNITY BANK OF LAWNDA UNSEC W/INTER NOT FILED              .00            .00
ECAST SETTLEMENT CORP    UNSEC W/INTER     5213.30            .00            .00
ECAST SETTLEMENT CORP    UNSEC W/INTER      841.19            .00            .00
LITTLE CO MARY HOSPITAL  UNSEC W/INTER NOT FILED              .00            .00
MALCOLM S GERALD & ASSOC UNSEC W/INTER NOT FILED              .00            .00
ANESTHESIA               UNSEC W/INTER NOT FILED              .00            .00
METRO ADVANCED RADIO SER UNSEC W/INTER NOT FILED              .00            .00
METRO ADVANCED RADIO SER UNSEC W/INTER NOT FILED              .00            .00
METRO ADVANCED RADIO SER UNSEC W/INTER NOT FILED              .00            .00
METRO ADVANCED RADIO SER UNSEC W/INTER NOT FILED              .00            .00
METRO ADVANCED RADIO SER UNSEC W/INTER NOT FILED              .00            .00
PEOPLES GAS LIGHT & COKE UNSEC W/INTER     4403.78            .00            .00
PEOPLES GAS LIGHT & COKE UNSEC W/INTER NOT FILED              .00            .00
PEOPLES GAS LIGHT & COKE UNSEC W/INTER NOT FILED              .00            .00
ROGERS & HOLLAND         SECURED NOT I     2561.47            .00            .00
ECAST SETTLEMENT CORP    UNSEC W/INTER      358.15            .00            .00
MACNEAL EMERGENCY PHYSIC UNSEC W/INTER      340.00            .00            .00
EMC MORTGAGE CORPORATION NOTICE ONLY   NOT FILED              .00            .00
ROUNDUP FUNDING LLC      UNSEC W/INTER      344.79            .00            .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 08018 ODELL LEE & PATRICIA LEE
```

```
ROUNDUP FUNDING LLC      UNSEC W/INTER      795.32              .00              .00
WASHINGTON MUTUAL        SECURED NOT I         .00              .00              .00
ROBERT J SEMRAD & ASSOC  DEBTOR ATTY       1,344.00                         1,344.00
TOM VAUGHN               TRUSTEE                                              411.74
DEBTOR REFUND            REFUND                                                  .00
```

Summary of Receipts and Disbursements:

```
------------------------------------------------------------------------------
                         RECEIPTS             DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                  5,950.00

PRIORITY                                              .00
SECURED                                          4,194.26
UNSECURED                                             .00
ADMINISTRATIVE                                   1,344.00
TRUSTEE COMPENSATION                               411.74
DEBTOR REFUND                                         .00
                         ---------------       ---------------
TOTALS                   5,950.00                5,950.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 09/24/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE